MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00031-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| CHRISTOPHER VALLEJO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on June 11, 2025.

2. By this stipulation, defendant now moves to continue the status conference to October 8, 2025, and to exclude time between June 11, 2025, and October 8, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government provided initial discovery to the defense on this case on March 3, 2025. The discovery consisted of law enforcement reports, photographs, a search warrant, body worn camera and certified court documents.

b) The undersigned AUSA was recently assigned to this case. The government has not extended a formal plea offer to the defense. The parties require time to discuss potential resolution of this case via a plea agreement.

c) Defense counsel is conducting a review of the evidence provided and their own independent investigation of the case. Defense counsel requests additional time to do so.

d) The defendant asks the Court to exclude time between June 11, 2025, and October 8, 2025, to account for time to conduct an investigation, discuss the possibility of a plea with the Government and defendant, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2025 to October 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 4, 2025                              MICHELE BECKWITH
                                                 Acting United States Attorney

                                                 /s/ ARIN C. HEINZ
                                                 ARIN C. HEINZ
                                                 Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: June 4, 2025 /s/ KARA OTTERVANGER
KARA OTTERVANGER
Counsel for Defendant
CHRISTOPHER VALLEJO

## ORDER

IT IS SO ORDERED that the status conference is continued from June 11, 2025 to **October 8, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **June 4, 2025**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE