ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER VALLEJO,<br><br>Defendants. | CASE NO. 1:25-CR-00031-KES-BAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 8, 2025.

2. By this stipulation, defendant now moves to continue the status conference to January 14, 2026, and to exclude time between October 8, 2025, and January 14, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government provided initial discovery to the defense in this matter. The discovery consisted of law enforcement reports, photographs, a search warrant, body worn camera and certified court documents.

b) The government has not extended a formal plea offer to the defense. The parties require time to discuss potential resolution of this case via a plea agreement.

c) Defense counsel is conducting a review of the evidence provided and their own independent investigation of the case. Defense counsel requests additional time to do so.

d) The defendant asks the Court to exclude time between October 8, 2025, and January 14, 2026, to account for time to conduct an investigation, discuss the possibility of a plea with the Government and defendant, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2025 to January 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 1, 2025 | ERIC GRANT<br>United States Attorney<br><br>/s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney<br><br>HEATHER E. WILLIAMS |
| Dated: October 1, 2025 | /s/ KARA OTTERVANGER<br>KARA OTTERVANGER<br>Counsel for Defendant<br>CHRISTOPHER VALLEJO |

**ORDER**

IT IS SO ORDERED that the status conference is continued from October 8, 2025, to **January 14, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: **October 1, 2025**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE