HEATHER E. WILLIAMS, BAR #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
CHRISTOPHER VALLEJO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00031-KES-EPG |
| Plaintiff, | STIPULATION TO VACATE MOTION SCHEDULE, ORAL ARGUMENT, & STATUS CONFERENCE; SET FOR CHANGE OF PLEA HEARING;  ORDER |
| v. | |
| CHRISTOPHER VALLEJO, | |
| Defendants. | |

**STIPULATION**

Defendant Christopher Vallejo, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Nicholas Karp, hereby stipulate as follows:

On January 14, 2026, at the request of the parties, this Court set a motion schedule whereby pretrial motions were due April 23, 2026; an oral argument on said motions was set for June 1, 2026, at 9:30 a.m., and a status conference was set for July 22, 2026, at 1 p.m.

By this stipulation, defendant now moves to vacate the motion schedule and corresponding oral argument set for June 1, 2026; to vacate the status conference set for July 22, 2026; and requests that this Court schedule a change of plea hearing on May 11, at 9:30 a.m. before the Honorable Kirk E. Sherriff. The government does not object to these requests.

STIPULATION Vallejo

1

The parties do not anticipate that a plea agreement will be filed in this case. Mr. Vallejo will complete the Application for Permission to Enter Plea of Guilty, as requested by the Judge Sherriff.

IT IS SO STIPULATED.

Dated:  April 23, 2026

ERIC GRANT
Acting United States Attorney

*/s/ NICHOLAS KARP*
NICHOLAS KARP
Assistant United States Attorney

HEATHER E. WILLIAMS

Dated: April 23, 2026

*/s/ KARA OTTERVANGER*
KARA OTTERVANGER
Counsel for Defendant
CHRISTOPHER VALLEJO

## FINDINGS AND ORDER

IT IS SO ORDERED that the motion schedule issued on January 14, 2026, is vacated; the oral argument scheduled for June 3, 2026, is vacated; and the status conference scheduled for July 22, 2026, at 1:00 p.m., is vacated. A change of plea hearing is set for **May 11, 2026 at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**.

IT IS SO ORDERED.

Dated:   **April 23, 2026**

/s/ Erica P. Grosj
UNITED STATES MAGISTRATE JUDGE

STIPULATION VALLEJO

2