HEATHER E. WILLIAMS, BAR #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
CHRISTOPHER VALLEJO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER VALLEJO,

Defendants.

CASE NO. 1:25-CR-00031-KES-BAM

**ORDER TO AMEND FINAL PRESENTENCE INVESTIGATION REPORT**

**O R D E R**

At sentencing on October 26, 2026, the Court sustained the Defendant's objection to paragraph 24 of the final Presentence Investigation Report ("PSR") insofar as it added an additional four-levels to Mr. Vallejo's base offense level pursuant to U.S. Sentencing Guidelines § 2K2.1(b)(6)(B) – in connection with another felony offense. As a result, it is necessary for several paragraphs in the final PSR to be amended as follows:

**¶ 24 – Special Offense Characteristics.** Probation is ordered to remove this paragraph and any reference to the addition of four levels pursuant to § 2K2.1(b)(6)(B).

**¶ 28 – Adjusted Offense Level (Subtotal).** Based on the Court's order sustaining the Defendant's objection as stated above, Mr. Vallejo's adjusted offense level (subtotal) is 20. Probation is ordered to amend this paragraph to reflect this calculation.

**¶ 32 – Total Offense Level.** Based on the Court's order sustaining the Defendant's objection as stated above, Mr. Vallejo's total offense level, accounting for a three level decrease for acceptance of responsibility pursuant to § 3E1.1(a), is 17. Probation is ordered to amend this paragraph to reflect this calculation.

**¶ 94 – Guidelines Provisions.** Based on the Court's order sustaining the Defendant's objection as stated above, Mr. Vallejo's guidelines imprisonment range, based on a criminal history category of VI and a total offense level of 17, is 51-63 months. Probation is ordered to amend this paragraph to reflect this calculation. Probation is also ordered to change the guidelines range in its Sentencing Recommendations.

**Sentencing Recommendation:** Based on Probation's representation at the sentencing hearing on October 26, 2026, the report should be amended to reflect Probation's new recommendation of 57 months.

IT IS HEREBY ORDERED that the final Presentence Investigation Report in this case be modified in accordance with the above.

IT IS SO ORDERED.

Dated: November 3, 2026

UNITED STATES DISTRICT JUDGE